UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATIJA TURKALJ,

          Plaintiff,

    v.

ENTRA DEFAULT SOLUTIONS, LLC, et al.,

          Defendants.

Case No.  14-cv-04945-WHO

**ORDER REGARDING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; SETTING HEARING ON MOTION TO DISMISS**

Re: Dkt. Nos. 10, 19

Plaintiff Matija Turkalj sued defendants Entra Default Solutions, LLC and BSI Financial Services, Inc. for breach of contract, violations of the Equal Credit Opportunity Act, the Fair Credit Reporting Act, the California Homeowner's Bill of Rights, and for fraud.  Dkt. No. 1. Turkalj's complaint arises from the foreclosure on his home after he allegedly defaulted on a loan secured by the property.

Defendants filed a motion to dismiss on December 18, 2014.  Dkt. No. 10.  The motion is fully briefed.  *See* Dkt. Nos. 14-15.  On January 21, 2015 this matter was referred to the ADR unit and the hearing on the motion to dismiss was vacated so that the parties could attempt settlement. The parties participated in an ADR phone conference on February 26, 2015.  No future ADR conferences are currently scheduled.

Accordingly, there appears not to be any reason to delay this matter further.  The hearing on defendants' motion to dismiss (Dkt. No. 10) is SET for April 8, 2015 at 2:00 p.m.  If the parties believe that the motion to dismiss should remain vacated for the time being, they may appear at the previously-scheduled March 24, 2015 case management conference and state their reasons.  If they wish, the parties should contact courtroom deputy Jean Davis at (415) 522-2077 to make arrangements to appear telephonically.  Notice that a party wishes to appear at the case

United States District Court
Northern District of California

management conference should be provided by March 20, 2015.

The parties have filed a stipulated request to continue the case management conference currently set for March 24, 2015 for 60 to 90 days.  Dkt. No. 19.  Unless the parties want to delay the hearing on the motion to dismiss, their request to continue the case management conference is GRANTED and the case management conference will be CONTINUED until June 2, 2015 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: March 18, 2015



WILLIAM H. ORRICK
United States District Judge