UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIJA TURKALJ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ENTRA DEFAULT SOLUTIONS, LLC and BSI FINANCIAL SERVICES, INC.,<br><br>    Defendants. | Case No.: Case No.: 3:14-04945-WHO<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)** |

Facing a motion to dismiss the amended complaint, Dkt. No. 24, plaintiff Matija Turkalj has moved for voluntary dismissal of this case against defendants Entra Default Solutions, LLC and BSI Financial Services, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Dkt. No. 26. Defendants do not object, but wish to clarify that the related *lis pendens* recorded on the property is no longer effective. Dkt. No. 27. Plaintiff does not oppose this clarification, and defendants are correct as a matter of law that the *lis pendens* is invalid once this case is dismissed.

Accordingly, plaintiff's motion to dismiss is GRANTED under Federal Rule of Civil Procedure 41(a)(2). IT IS ALSO ORDERED that the Notice of Pendency of Action recorded in connection with this action with respect to 3763 Crow Canyon Road, San Ramon, California, 94582, legally described in Exhibit A hereto, and recorded with the Contra Costa County Recorder's Office on November 13, 2014, as Document No. 2014-0201318-00, is of no further

force or effect.

All other dates are VACATED and judgment shall be entered in accordance with this Order.

DATED: June 9, 2015

WILLIAM H. ORRICK
United States District Judge